IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:04CR110 |
| vs. | MEMORANDUM AND ORDER |
| NEAL STEHNO, | |
| Defendant. | |

After reviewing the Amended Petition for Offender Under Supervision,

IT IS ORDERED that the defendant's motion for temporary release, (Filing No. 70), is denied.

Dated this 3rd day of December, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge